IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. C-11-3784 TEH (PR) |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL AND GRANTING IN PART PLAINTIFF'S REQUEST TO LOCATE DEFENDANTS |
|     v. | |
| A. HEDGEPETH, et al., | |
|     Defendants. | |
| / | Doc. ## 19, 20 |

    Plaintiff's request for appointment of counsel under 28 U.S.C. § 1915 (Doc. #19) is DENIED for lack of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). The court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

    Plaintiff has also notified the Court that defendant Tyler is deceased and requests that the Court locate and serve defendants Post and Kittimongcolporn. Doc. #20. Plaintiff's request is GRANTED IN PART AND DENIED IN PART. Defendants are ordered to file a status report with the Court by August 10, 2012, indicating

whether defendant Tyler is deceased and explain why defendant Tyler appears to have been served with the Complaint. <u>See, e.g.</u>, Doc. #12 (Notice and Acknowledge of Receipt of Complaint, Summons and Order of Service by defendant Tyler). With regard to Plaintiff's request that the Court locate and serve defendants Post and Kittimongcolporn, Plaintiff is reminded that it is ultimately Plaintiff's responsibility to provide sufficient information to allow the Marshal to locate and serve defendants.

However, in light of Plaintiff's status in administrative segregation and in the interest of expediting proceedings, the Clerk of the Court shall send a copy of this order to the Litigation Coordinator at Salinas Valley State Prison, who is requested to provide to the Court, under seal, any forwarding address information and last known address that is available with respect to Drs. Post and Kittimongcolporn within thirty days from the filing date of this order. Upon receipt of such information, the Court will order the Marshal to serve defendants Drs. Post and Kittimongcolporn at the provided addresses. If no further information is available from the Litigation Coordinator, defendants Drs. Post and Kittimongcolporn will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED *08/02/2012*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.11\Gomez-11-3874-deny counsel grant locate defdts.wpd