KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
SARA D. VAN LOH
Deputy Attorney General
State Bar No. 264704
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1660
  Fax:  (415) 703-5843
  E-mail:  Sara.VanLoh@doj.ca.gov
*Attorneys for Defendants*
*Hamlin, Wilson, Gauch, and Hedgpeth*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MAURICE GOMEZ,** <br><br> Plaintiff, <br><br> v. <br><br> **A. HEDGPETH, et al.,** <br><br> Defendants. | C 11-3784 TEH (PR) <br><br> **STIPULATION AND ORDER STAYING DISCOVERY** |

    The parties, Plaintiff David Maurice Gomez and Defendants Hamlin, Wilson, Gauch, and Hedgpeth stipulate to the following:

    1.    All discovery in this case is stayed until the Court issues an order deciding Defendants' motion for summary judgment, which was filed on November 9, 2012.

    2.    The parties agree not to propound discovery or file discovery motions until the Court enters an order on Defendants' motion for summary judgment.

//

//

3.   "Discovery" under this stipulation shall include all discovery permitted under the Federal Rules of Civil Procedure, including requests for admission, and discovery motions.

SO STIPULATED:

DATED: Nov 12, 2012

_____
DAVID MAURICE GOMEZ
Plaintiff in Pro Se

DATED: 11/12, 2012

_____
SARA D. VAN LOH
Deputy Attorney General
*Attorneys for Defendants*
*Hamlin, Wilson, Gauch, and Hedgpeth*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Thelton Henderson
United States District Judge

SF2012204480
20650881.doc

3.  "Discovery" under this stipulation shall include all discovery permitted under the Federal Rules of Civil Procedure, including requests for admission, and discovery motions.

SO STIPULATED:

DATED: _____, 2012

_____
DAVID MAURICE GOMEZ
Plaintiff in Pro Se

DATED: 12/5, 2012

_____
SARA D. VAN LOH
Deputy Attorney General
*Attorneys for Defendants*
*Hamlin, Wilson, Gauch, and Hedgpeth*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 02/04/2013
_____
The Honorable Thelton E. Henderson
United States District Judge

SF2012204480
20650881.doc

2