UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DAVID MAURICE GOMEZ, inmate no. D97027, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 8, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden Randy Grounds, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DAVID MAURICE, inmate no. D97027, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 1:00 p.m. on August 15, 2013, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GOMEZ v. HEDGPETH, et al, and

1  at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or
2  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of
3  said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: July 8, 2013

9                                             RICHARD WIEKING
                                               CLERK, UNITED STATES DISTRICT COURT

11                                            By: Linn Van Meter
                                                  Administrative Law Clerk

15  Dated: July 8, 2013      
                            NANDOR J. VADAS
                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. HEDGEPETH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 8, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

David Maurice Gomez
#:D97027
Salinas Valley State Prison
P.O. Box 1050, (D1-210)
Soledad, CA 93960-1050

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas