**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                    EUREKA DIVISION
8
9  DAVID MAURICE GOMEZ,                    No. 3:11-CV-03784 TEH  (NJV)
10          Plaintiff,                     ORDER SETTING STATUS
                                           CONFERENCE IN
11     v.                                  PRO SE PRISONER EARLY
                                           SETTLEMENT PROGRAM
12 A. HEDGEPETH, et al,
13          Defendants.
   _____/
14
15
16        This case is scheduled for a settlement conference on August 15, 2013, at Solano State Prison.
17 A status conference is HEREBY SET for July 30, 2013, at 11:00 a.m. in Courtroom F in the Federal
18 Courthouse at 450 Golden Gate Avenue in San Francisco. Defense Counsel shall be physically present
19 at the status conference. Defense Counsel is asked to arrange for the telephonic appearance of Plaintiff.
20 Defense Counsel will be provided with the telephone number for Plaintiff to use to call in to the status
21 conference.
   IT IS SO ORDERED.
22
23 Dated: July 16, 2013
24                                         _____
                                           NANDOR J. VADAS
25                                         United States Magistrate Judge
26
27
28

**United States District Court**
For the Northern District of California

1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6                            EUREKA DIVISION

7

8

9    DAVID MAURICE GOMEZ,                        No.  3:11-CV-03784 TEH (NJV)

10              Plaintiff,

11         v.                                     CERTIFICATE OF SERVICE

12   A. HEDGEPETH, et al.,

13              Defendants.
     _____/

14

15
          I, the undersigned, hereby certify that on July 16, 2013, I SERVED a true and correct copy of
16
     the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,
17
     by depositing said envelope in the U.S. Mail.
18

19   David Maurice Gomez
     #:D97027
20   Salinas Valley State Prison
     P.O. Box 1050, (D1-210)
21   Soledad, CA 93960-1050

22   Litigation Coordinator Enedelia Donnelly

23   Salinas Valley State Prison
     P.O. Box 1020
24   Soledad, CA  93960-1020

25
     (by fax also)
26

27                                              /s/  Linn Van Meter
                                                _____
28                                                    Linn Van Meter
                                                 Administrative Law Clerk to
                                                 the Honorable Nandor J. Vadas

                                          2