UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH  (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| A. HEDGEPETH, et al, | |
| Defendants. | |

This case is scheduled for a settlement conference on August 15, 2013, at Solano State Prison. A status conference is HEREBY SET for July 30, 2013, at 11:00 a.m. in Courtroom F in the Federal Courthouse at 450 Golden Gate Avenue in San Francisco. Defense Counsel shall be physically present at the status conference. Defense Counsel is asked to arrange for the telephonic appearance of Plaintiff. Defense Counsel will be provided with the telephone number for Plaintiff to use to call in to the status conference.

IT IS SO ORDERED.

Dated: July 16, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. HEDGEPETH, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on July 16, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

David Maurice Gomez
#:D97027
Salinas Valley State Prison
P.O. Box 1050, (D1-210)
Soledad, CA 93960-1050

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2