UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. HEDGEPETH, et al, | |
| Defendants. _____/ | |

A status conference was held in this case on July 30, 2013, regarding Defendants' motion to change the venue of the scheduled settlement conference. At the conclusion of that status conference, the court granted Defendants' motion for change of venue and vacated the settlement conference set for August 15, 2013, at Solano State Prison. Accordingly, the writ of habeas corpus ad testificandum issued July 8, 2013, for the appearance of Plaintiff at the settlement conference at Solano State Prison is HEREBY VACATED. Plaintiff shall not be transported.

IT IS SO ORDERED.

Dated: July 30, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. HEDGEPETH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 30, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

David Maurice Gomez
#:D97027
Salinas Valley State Prison
P.O. Box 1050, (D1-210)
Soledad, CA 93960-1050

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2