IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. C-11-3784 TEH (PR) |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S MOTION FOR ACCESS TO LAW LIBRARY |
| A. HEDGEPETH, et al., | Doc. #88 |
| Defendants. | |
| _____/ | |

       Plaintiff David Maurice Gomez, a state prisoner incarcerated at Salinas Valley State Prison (SVSP), filed this civil rights action under 42 U.S.C. § 1983 regarding incidents that took place at SVSP. On June 20, 2013, the Court referred this case to Magistrate Judge Nandor Vadas for settlement proceedings and stayed the case pending the outcome of those proceedings.

       On July 5, 2013, Plaintiff filed a motion requesting "immediate access to law library in preparation for settlement proceedings."  In this motion, Plaintiff indicated that he had showed "the Court's orders," docket numbers 49 and 74, to the law librarian who denied Plaintiff access to the law library because she determined that the documents were falsified.

       Docket numbers 49 and 74 are not orders of the Court; they are motions filed by Defendants and by Plaintiff.  It is possible that the law librarian thought they were false because Plaintiff represented that they were Orders of the Court and they

1 | are motions, not orders.

2 |       The Court clarifies that Plaintiff's case, number C 08-

3 | 3784 TEH (PR), has been referred to Magistrate Judge Vadas for

4 | settlement proceedings and Plaintiff's representations about this

5 | are not false.  In light of this, it would be appropriate to

6 | provide Plaintiff access to the law library in accordance with the

7 | applicable regulations and procedures.

8 |                          CONCLUSION

9 |       Plaintiff's motion is granted, in part.  The Court

10 | clarifies that this case has been referred to Magistrate Judge

11 | Vadas for settlement proceedings.  The Clerk of the Court shall

12 | send this Order to the law librarian and litigation coordinator at

13 | SVSP as well as to Plaintiff.  This Order terminates docket number

14 | 88.

15 |

16 |     IT IS SO ORDERED.

17 | DATED         *08/21/2013*           _____

18 |                         THELTON E. HENDERSON
                        United States District Judge

19 |

20 | G:\PRO-SE\TEH\CR.11\Gomez11-3784 Law Lib.wpd

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |                           **2**