1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

6  DAVID MAURICE GOMEZ,                          No. C-11-3784 TEH (PR)

7              Plaintiff,

8         v.                                      ORDER REGARDING PLAINTIFF'S
                                                  MOTION FOR ACCESS TO LAW
9  A. HEDGEPETH, et al.,                          LIBRARY

10             Defendants.                        Doc. #88

11  _____/

12
13         Plaintiff David Maurice Gomez, a state prisoner
14  incarcerated at Salinas Valley State Prison (SVSP), filed this
15  civil rights action under 42 U.S.C. § 1983 regarding incidents that
16  took place at SVSP. On June 20, 2013, the Court referred this case
17  to Magistrate Judge Nandor Vadas for settlement proceedings and
18  stayed the case pending the outcome of those proceedings.
19         On July 5, 2013, Plaintiff filed a motion requesting
20  "immediate access to law library in preparation for settlement
21  proceedings."  In this motion, Plaintiff indicated that he had
22  showed "the Court's orders," docket numbers 49 and 74, to the law
23  librarian who denied Plaintiff access to the law library because
24  she determined that the documents were falsified.
25         Docket numbers 49 and 74 are not orders of the Court;
26  they are motions filed by Defendants and by Plaintiff.  It is
27  possible that the law librarian thought they were false because
28  Plaintiff represented that they were Orders of the Court and they

are motions, not orders.

        The Court clarifies that Plaintiff's case, number C 08-3784 TEH (PR), has been referred to Magistrate Judge Vadas for settlement proceedings and Plaintiff's representations about this are not false.  In light of this, it would be appropriate to provide Plaintiff access to the law library in accordance with the applicable regulations and procedures.

                              CONCLUSION

        Plaintiff's motion is granted, in part.  The Court clarifies that this case has been referred to Magistrate Judge Vadas for settlement proceedings.  The Clerk of the Court shall send this Order to the law librarian and litigation coordinator at SVSP as well as to Plaintiff.  This Order terminates docket number 88.


        IT IS SO ORDERED.

DATED        08/21/2013

**THELTON E. HENDERSON**
**United States District Judge**


G:\PRO-SE\TEH\CR.11\Gomez11-3784 Law Lib.wpd