UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH  (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| A. HEDGEPETH, et al, | |
| Defendants. | |

The court has been informed that the California Department of Corrections and Rehabilitation is unable to accommodate Plaintiff at Solano State Prison. Accordingly, the writ of habeas corpus ad testificandum issued September 5, 2013, for the appearance of Plaintiff at the settlement conference at Solano State Prison is HEREBY VACATED. Plaintiff shall not be transported. The settlement conference set for November 20, 2013, shall go forward with Plaintiff appearing telephonically. The Litigation Coordinator at Salinas Valley State Prison will facilitate the call.

IT IS SO ORDERED.

Dated: November 14, 2013

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. 3:11-CV-03784 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| A. HEDGEPETH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 14, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

David Maurice Gomez
#:D97027
Salinas Valley State Prison
P.O. Box 1050, (D1-210)
Soledad, CA 93960-1050

Litigation Coordinator Guadalupe Lopez
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
--------------------------------
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2