UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MAURICE GOMEZ,

    Plaintiff,

  v.

A. HEDGEPETH, et al.,

    Defendants.

Case No.  11-cv-03784-TEH   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on November 20, 2013 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff by telephone

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General Sara Van Loh

    (   )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge