1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MAURICE GOMEZ,                    No. C-11-3784 TEH (PR)

         Plaintiff,

        v.                              ORDER FOR DEFENDANTS TO ENSURE
                                        PLAINTIFF RECEIVES HIS LEGAL
                                        PAPERS FOR THIS CASE
A. HEDGEPETH, et al.,

         Defendants.
_____/

       Plaintiff David Maurice Gomez, a state prisoner presently
incarcerated at California State Prison-Sacramento (CSP-
Sacramento), filed this civil rights action under 42 U.S.C. § 1983
regarding incidents that took place at Salinas Valley State Prison
(SVSP), where he was previously incarcerated. On February 7, 2014,
the Court issued a Case Management and Scheduling Order which set
forth the discovery procedure and briefing schedule for this case.
On February 12, 2014, Plaintiff was transferred from SVSP to CSP-
Sacramento.  On March 12, 2014, the Court issued an Order for the
parties to file briefs indicating how they were implementing the
Case Management Order.

       On March 13, 2014, Defendants filed a brief indicating
that they had not received Plaintiff's witness list which,
according to the Case Management Order, was to be served on them by
February 21, 2014.  On March 14, 2014, Plaintiff filed a brief

1 indicating that he could not serve his witness list on Defendants

2 because his witness list and work product for this case was still

3 at SVSP.  Plaintiff states that he "has made multiple attempts to

4 get work-product sent to him," but has not received it yet.

5 Plaintiff states that his legal files are in three large trash bags

6 and located at SVSP in Ad-Seg Delta Yard 1 Block C-Section.

7 Plaintiff requests help in receiving his files and an extension of

8 time to serve Defendants with his witness list.

9         Because Plaintiff's legal files and work product are

10 located at SVSP, within Defendants' purview, Defendants shall

11 ensure that Plaintiff receives his legal files and work product so

12 that he may continue litigating this case.  Plaintiff shall receive

13 these files within two weeks from the date of this Order.

14 Defendants shall file a notification with the Court indicating the

15 date of Plaintiff's receipt.  Plaintiff shall serve his witness

16 list on Defendants within fourteen days from the date he receives

17 his legal files.

18                          CONCLUSION

19         Based on the foregoing, the Court orders as follows:

20         1. Defendants shall ensure that Plaintiff's legal files

21 are delivered to him, so that they are in his possession within two

22 weeks from the date of this Order.

23         2. Defendants must file with the Court notification of

24 the date Plaintiff receives his legal files.

25         3. Within fourteen days from the date Plaintiff receives

26 his legal files, he must serve Defendants with his list of six

27 witnesses.  When Defendants receive Plaintiff's witness list, they

28

**2**

1  shall file a notification with the Court.  The Court shall then

2  issue a revised briefing schedule.

3       IT IS SO ORDERED.

4
DATED     _03/24/2014_                   _____
5                                        THELTON E. HENDERSON
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**3**