IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ, | No. C-11-3784 TEH (PR) |
|     Plaintiff, | |
| v. | SECOND ORDER FOR DEFENDANTS TO ENSURE PLAINTIFF RECEIVES HIS LEGAL PAPERS FOR THIS CASE |
| A. HEDGEPETH, et al., | |
|     Defendants. | |

      Plaintiff David Maurice Gomez, a state prisoner presently incarcerated at California State Prison-Sacramento, filed this civil rights action under 42 U.S.C. § 1983 regarding incidents that took place at Salinas Valley State Prison, where he was previously incarcerated. Defendants' motion for summary judgment is currently due on or before January 20, 2015.

      Plaintiff has filed a notice indicating that he has been transferred to five different prisons in the past three months and that he has still not received his five boxes of work product for this case. Plaintiff requests help in receiving his files.

      Accordingly, good cause appearing, Defendants shall ensure that Plaintiff receives his legal files and work product so that he may continue litigating this case. Plaintiff shall receive these files within two weeks from the date of this Order.

1  **Defendants must file with the Court notification of the date**
2  **Plaintiff receives his legal files.**
3        **IT IS SO ORDERED.**
4  **DATED**      *01/20/2015*                    _____
5                                                 **THELTON E. HENDERSON**
                                                  **United States District Judge**

G:\PRO-SE\TEH\CR.11\Gomez11-3874-Pl Legal Papers -- Part 3.wpd