1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  SARA D. VAN LOH
   Deputy Attorney General
4  State Bar No. 264704
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-1660
6  Fax: (415) 703-5843
    E-mail: Sara.VanLoh@doj.ca.gov
7  *Attorneys for Defendant Hedgpeth*

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12

13  **DAVID MAURICE GOMEZ,**                    C 11-3784 TEH (PR)

14                            Plaintiff,   **STIPULATION AND [PROPOSED]**
                                           **ORDER FOR VOLUNTARY DISMISSAL**
15           **v.**                        **WITH PREJUDICE**

16  **A. HEDGPETH, et al.,**               Judge:      The Honorable Thelton E.
                                                       Henderson
17                            Defendants.
                                           Action Filed: August 1, 2011
18

19

20

21

22

23

24

25

26

27

28
                                      1

1    The parties have settled this case. Plaintiff David M. Gomez and Defendant A. Hedgpeth

2    stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure

3    41(a). The parties will bear their own costs. The filing of this stipulation automatically

4    terminates this action.

5         IT IS SO STIPULATED.

6

7    Dated: March 20, 2015

                                              Plaintiff DAVID MAURICE GOMEZ

8

9    Dated: March 26, 2015

                                              Sara D. Van Loh, Deputy Attorney General
                                              Attorney for Defendant Hedgpeth

10

11        **IT IS SO ORDERED:**

12

13

14   Dated: _03/26/2015_____

15

16

17   SF2012204480
     41226039.doc

                                              Judge Thelton E. Henderson

18

19

20

21

22

23

24

25

26

27

28

Stip. & [Proposed] Order Voluntary Dismissal  (C 11-3784 TEH (PR))